TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00585-CV
 
 




 

 

S. M. M. and K. A. M., Appellants

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 




 
 
 FROM THE 425th
 District Court OF Williamson
 COUNTY
 NO. 10-3151-F425,
 honorable Mark j. silverstone, JUDGE PRESIDING 
 
 




 

 


 
 
                                                                      O
 R D E R
  
 PER
 CURIAM
                         The reporter’s record
 in this appeal was originally due to be filed on September 10, 2012.  By request to this Court dated September 4,
 2012, Theresa J. Popejoy requested an extension of thirty
 days.
                         Effective March 1,
 2012, amendments to the Texas Rules of Appellate Procedure adopted by Texas
 Supreme Court Miscellaneous Docket No. 12-9030 prohibit this Court from
 granting extensions of over 10 days for the filing of reporters’ records in accelerated
 appeals, including those from suits for termination of parental rights.  See
 Tex. R. App. P. 35.3(c).  Further, any
 extensions of time granted for the filing of the reporters’ records may not
 exceed 30 days cumulatively.  See Tex. R. App. P. 28.4(b)(2).  Accordingly, Theresa
 J. Popejoy is hereby ordered to file the reporter’s record in this case on or
 before September 20, 2012.  If the
 record is not filed by that date, Ms. Popejoy may be required to show cause why she should not be held in contempt of court.
                         It is ordered on September
 7, 2012.
  
 Before
 Justices Puryear, Pemberton and Henson